IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| SARA TAYLOR, individually and on behalf of all others similarly situated, | : | CIVIL ACTION FILE NO. 25-cv-00213 |
| Plaintiff, | : | |
| v. | : | |
| KIN INSURANCE, INC. | : | **JURY TRIAL DEMANDED** |
| Defendant. | : | |

## PLAINTIFF'S NOTICE REGARDING AMENDMENT OF THE COMPLAINT

After reviewing this Court's Order regarding the Defendant's motion to dismiss (ECF No. 19), the Plaintiff does *not* intend on amending her complaint and is amenable to any date for an Answer that this Court would like to set.

Dated: June 10, 2025

PLAINTIFF, individually and
on behalf of others similarly situated,

By:

*/s/ Anthony I. Paronich*
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com