**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

Sara Taylor
                          Plaintiff,

v.                                                      Case No.: 1:25−cv−00213
                                                          Honorable April M. Perry

Kin Insurance, Inc.
                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, June 11, 2025:

      MINUTE entry before the Honorable April M. Perry: Plaintiff has indicated that she does not intend to amend the complaint. Defendant to file its answer by 7/1/2025. The parties are asked to submit a Joint Initial Status Report, consistent with the template on Judge Perry's website, by 7/3/2025. The Court strikes the status hearing set for 6/19/2025. Mailed notice. (jcc,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.