# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Sara Taylor

                  Plaintiff,

v.                                                      Case No.: 1:25−cv−00213

                                                                     Honorable April M. Perry

Kin Insurance, Inc.

                  Defendant.


## ORDER REFERRING A CIVIL CASE TO THE
## DESIGNATED MAGISTRATE JUDGE


      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Honorable M. David Weisman for the purpose of holding proceedings related to: Discovery Supervision, including the authority to set, adjust, and extend all deadlines, and to conduct a settlement conference if requested by the parties. (jcc,) Mailed notice.


Dated: July 7, 2025

                                                                               /s/ April M. Perry

                                                                     United States District Judge