IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SARA TAYLOR, individually and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiff,<br>　v.<br><br>KIN INSURANCE, INC.,<br><br>　　　　　　　Defendant. | Case No. 1:25-cv-00213<br><br>Judge: Hon. April M. Perry<br>　　　　Hon. M. David Weisman |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that, on **August 7, 2025 at 9:15 a.m. CT,** or as soon thereafter as counsel may be heard, the undersigned counsel for Defendant Kin Insurance, Inc. ("Defendant") will appear before Honorable M. David Weisman, or any judge sitting in said judge's stead, in Courtroom 1300 of the United States District Court for the Northern District of Illinois, located at the Everett McKinley Dirksen Building, in Chicago, Illinois, and will present Defendant's **Motion to Amend Scheduling Order to Bifurcate Discovery,** a copy of which was previously and separately served upon you through the Court's electronic filing system.

Dated: July 17, 2025

Respectfully submitted,

By: /s/ A. Paul Heeringa

　　A. Paul Heeringa (IL ARDC #6288233)
　　**MANATT, PHELPS & PHILLIPS, LLP**
　　151 N. Franklin St., Suite 2600
　　Chicago, Illinois 60606
　　Telephone: (312) 529-6300
　　Email: pheeringa@manatt.com

　　*Counsel for Defendant*

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that, on July 17, 2025, the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic docket.

/s/ *A. Paul Heeringa*
A. Paul Heeringa