## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Sara Taylor
                              Plaintiff,

v.                                              Case No.: 1:25−cv−00213
                                                Honorable April M. Perry

Kin Insurance, Inc.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 31, 2025:

    MINUTE entry before the Honorable M. David Weisman: Defendant has filed a motion to bifurcate discovery [28] in this TCPA case, arguing that "[i]f targeted bifurcated discovery shows that Plaintiff did not receive a 'prerecorded' message and/or Plaintiff or someone on her behalf provided consent to be contacted by Kin, that would dispose of this whole case quickly, efficiently, and still at an early stage." (Def.'s Mem. Supp. Mot. Bifurcate, Dkt. # 29, at 7.) To assist the Court in resolving the motion, Defendant is directed to file no later than 4:00 p.m. on 8/1/25 a brief statement (no more than 2 pages) setting forth the discovery requests it would issue if its motion were granted, from whom the discovery would be sought, and by what method. Defendant's motion to amend the scheduling order to bifurcate discovery [28] is entered and continued. Mailed notice (ao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.