# EXHIBIT A

| | |
|---|---|
| **From:** | Newcomb, Madelaine |
| **To:** | leroc@charter.com |
| **Cc:** | Heeringa, Paul |
| **Subject:** | Service of Third Party Subpoena - Taylor v Kin Insurance Inc. - No. 1:25-cv-00213 (N.D. Ill.) |
| **Date:** | Thursday, July 3, 2025 11:49:23 AM |
| **Attachments:** | image001.png |
| | Taylor v Kin - Charter Subpoena - IP Address.pdf |

Good afternoon,

Attached please find Defendant Kin Insurance Inc.'s Third-Party Subpoena to Charter in the above referenced case.

Thank you,


**Madelaine A Newcomb**
Associate

**Manatt, Phelps & Phillips,** LLP
151 North Franklin Street
Suite 2600
Chicago, IL 60606
**D** (312) 529-6305 **F**
mnewcomb@manatt.com


manatt.com

CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it, may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this message is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify us by reply email and destroy the original transmission and its attachments without reading them or saving them to disk. Thank you.