# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| SARA TAYLOR, individually and on behalf of all others similarly situated, | |
| Plaintiff, | |
| v. | Case No. 1:25-cv-00213 |
| KIN INSURANCE, INC., | Judge: Hon. April M. Perry |
| Defendant. | Hon. M. David Weisman |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that, on **August 12, 2025 at 9:15 a.m. CT,** or as soon thereafter as counsel may be heard, the undersigned counsel for Defendant Kin Insurance, Inc. ("Defendant") will appear before Honorable M. David Weisman, or any judge sitting in said judge's stead, in Courtroom 1300 of the United States District Court for the Northern District of Illinois, located at the Everett McKinley Dirksen Building, in Chicago, Illinois, and will present Defendant's **Unopposed Motion for an Order Directing Production of Records In Response to Defendant's Third Party Subpoena Pursuant to the Federal Communications Act,** a copy of which was previously and separately served upon you through the Court's electronic filing system.

| | |
|---|---|
| Dated: August 7, 2025 | Respectfully submitted, <br><br> By: /s/ A. Paul Heeringa <br><br> A. Paul Heeringa (IL ARDC #6288233) <br> **MANATT, PHELPS & PHILLIPS, LLP** <br> 151 N. Franklin St., Suite 2600 <br> Chicago, Illinois 60606 <br> Telephone: (312) 529-6300 <br> Email: pheeringa@manatt.com <br><br> *Counsel for Defendant* |

## CERTIFICATE OF SERVICE

I hereby certify that, on August 7, 2025, the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic docket.

/s/ *A. Paul Heeringa*
A. Paul Heeringa
