# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Sara Taylor
                    Plaintiff,

v.                                              Case No.: 1:25−cv−00213
                                                Honorable April M. Perry

Kin Insurance, Inc.
                    Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Tuesday, August 26, 2025:


    MINUTE entry before the Honorable M. David Weisman: Agreed motion for entry of agreed confidentiality order [40] is granted. Enter order. Mailed notice (ao,)


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.