# UNITED STATES DISTRICT COURT

for the

Northern District of Illinois

| | |
|---|---|
| SARA TAYLOR, individually and on behalf of all others similarly situated, ) | |
| *Plaintiff(s)* ) | |
| v. ) | Case Number: 25-CV-00213 |
| KIN INSURANCE, INC. ) | |
| *Defendant(s)* ) | |

# MOTION FOR PRO HAC VICE ADMISSION

Pursuant to Local Rule 83.1(b), the undersigned attorney moves for admission pro hac vice to the United States District Court for the Southern District of Illinois in order to appear as counsel of record in this case on behalf of SARA TAYLOR, individually and on behalf of all others similarly situated,

In support of this motion, I state:

1. I am an attorney licensed to practice law and a member in good standing in the State(s) of California. The state and federal bar numbers issued to me are: 291082.

2. I am familiar with the law, facts, and procedures relating to the subject matter of this litigation.

Accordingly, I ask to be admitted pro hac vice before this court.

Signed on: 09/02/2025
Date

/s/ Dana J. Oliver
Signature of Movant

8780 19th Street #559
Street Address

Dana J. Oliver, Esq.
Printed Name

Rancho Cucamonga, CA 91701
City, State, Zip