# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Sara Taylor
                        Plaintiff,

v.                                              Case No.: 1:25−cv−00213
                                                Honorable April M. Perry

Kin Insurance, Inc.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 3, 2025:

MINUTE entry before the Honorable M. David Weisman: Motion for Leave to Appear Pro Hac Vice [43] was incorrectly marked to be presented before the Magistrate Judge rather than marked to be presented before the District Judge. Counsel shall file a notice of motion to present motion [43] before the District Judge. Mailed notice (ao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.