**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| SARA TAYLOR, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>KIN INSURANCE, INC.,<br><br>Defendant. | Case No. 1:25-cv-00213<br><br>Judge: Hon. April M. Perry |

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE** that on **Thursday, September 11, 2025, at 10:00 a.m. CT**, or as soon thereafter as counsel may be heard, the undersigned, counsel for Plaintiff Sara Taylor, will appear before the Honorable April M. Perry, or any judge sitting in her stead, in the courtroom normally occupied by her in Room 1725 of the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604, and present Plaintiff's Motion for Leave to Appear Pro Hac Vice (Dkt. 43).

Dated: September 4, 2025

Respectfully submitted,

*/s/ Dana J. Oliver*
Dana J. Oliver
8780 19th Street #559
Rancho Cucamonga, CA 91701
Telephone: 855.384.3262
Email: dana@danaoliverlaw.com

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on September 4, 2025, a true copy of the foregoing was filed electronically using the Court's CM/ECF system, to be served via operation of the Court's electronic filing system upon all counsel of record.

/s/ Dana J. Oliver