UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
Eastern Division

Sara Taylor
                Plaintiff,

v.                                        Case No.: 1:25−cv−00213
                                                   Honorable April M. Perry

Kin Insurance, Inc.
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, September 16, 2025:

      MINUTE entry before the Honorable M. David Weisman: The Court has reviewed the parties' joint status report [49], which indicates that they have exchanged discovery responses and are in the process of scheduling the required meet and confers, and the parties anticipate scheduling several depositions, including a Rule 30(b)(6) of Defendant. Status hearing set for 9/18/25 is stricken and reset to 10/15/25 at 9:15 a.m. Parties to meet and confer no later than 9/26/25 and any motions to compel shall be filed by 10/7/25. The Court encourages the parties to make every effort to resolve all discovery disputes between themselves. Joint status report due by noon on 10/13/25 setting forth the status of written discovery and any remaining disputes; a firm schedule for depositions; whether the parties request a settlement conference; and any other issues the parties wish to raise. Parties may appear in person or dial in using the Court's conference call in number. The conference call−in number is 1−855−244−8681 and the access code is 2316 422 1828##. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice (ao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.