IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SARA TAYLOR, individually and on behalf of all others similarly situated, | |
| Plaintiff, | |
| v. | Case No. 1:25-cv-00213 |
| KIN INSURANCE, INC., | Judge: Hon. April M. Perry |
| Defendant. | |

## NOTICE OF RESOLUTION AND JOINT REQUEST TO STAY

Plaintiff Sara Taylor ("Plaintiff") and Defendant Kin Insurance, Inc. (individually, "Defendant," and collectively with Plaintiff, the "Parties"), with Defendant's notice and permission, hereby respectfully informs the Court that the Parties have reached a tentative resolution of all the Parties' differences and disputes in the above-captioned matter on an individual (non-class) basis. The Parties anticipate that a notice of voluntary dismissal in this regard will be filed in the next sixty (60) days. In the meantime, so that the Parties can finalize their resolution without incurring additional litigation expenses or burdening the Court, the Parties jointly and respectfully request that the Court vacate all pending case deadlines and temporarily stay the case, and that the Court retain jurisdiction and not dismiss this matter at this time.

Dated: September 29, 2025

Respectfully submitted,

By: /s/ Anthony I. Paronich
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
[o] (617) 485-0018
anthony@paronichlaw.com
*Attorneys for Plaintiff and the Putative Class*

1

## **CERTIFICATE OF SERVICE**

I, hereby certify that on September 29, 2025, I served the foregoing through the Court's CM/ECF system, which sent notice to all counsel of record.

*/s/ Anthony I. Paronich*
Anthony I. Paronich
