# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Sara Taylor

                Plaintiff,

v.                                               Case No.: 1:25−cv−00213

                                                         Honorable April M. Perry

Kin Insurance, Inc.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, September 29, 2025:

      MINUTE entry before the Honorable M. David Weisman: The parties have filed a notice of settlement [51] and ask to stay discovery for 60 days in order to finalize the settlement agreement. In light of the parties' representations, discovery is stayed. Status hearing set for 10/15/25 is stricken and reset to 11/19/25 at 9:15 a.m. Stipulation to dismiss to be filed by noon on 11/18/25. Mailed notice (ao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.