# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SARA TAYLOR, individually and on behalf of all others similarly situated, | : <br> : CIVIL ACTION FILE NO. 25-cv-00213 <br> : |
| Plaintiff, | : <br> : |
| v. | : <br> : |
| KIN INSURANCE, INC. | : <br> : |
| Defendant. | : <br> : |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties file this Stipulation of Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1) with each party to bear its own costs and fees. The putative class claims are dismissed without prejudice.

DATED: October 29, 2025

Respectfully submitted,

/s/ *Anthony I. Paronich*
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln St., Suite 2400
Hingham, MA 02043
Tel: 617-485-0018
Fax: 508-318-8100
Email: anthony@paronichlaw.com

*Counsel for Plaintiff*

/s/ *A. Paul Heeringa*
A. Paul Heeringa (IL ARDC #6288233)
MANATT, PHELPS & PHILLIPS, LLP
151 N. Franklin St., Suite 2600
Chicago, Illinois 60606
Telephone: (312) 529-6300
Email: pheeringa@manatt.com

*Counsel for Defendant*